CTB MERIDEN PROPERTIES, INC. *v.*
JANET S. CURRY ET AL.
(13127)

O'CONNELL, FOTI and HEIMAN, Js.
Argued September 20—decision released October 11, 1994

*F. Woodward Lewis, Jr.,* for the appellants (named defendant et al.).

*Thomas A. Kaelin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

JOANNE R. PFAU *v.* RICHARD PFAU
(12606)

LAVERY, LANDAU and HENNESSY, Js.
Argued September 23—decision released October 11, 1994

*David R. Kritzman,* for the appellant (defendant).

*Raynald B. Cantin,* with whom was *John F. Morris,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.